# District of Columbia
# Court of Appeals

**No. 13-BG-1501**

IN RE: ANDRE P. BARBER,
                              Respondent.
Bar Registration No. 466138                          **BDN: 7-06, et al.**


BEFORE: Fisher and Beckwith, Associate Judges, and Nebeker, Senior Judge.

## O R D E R

On consideration of Bar Counsel's petition for rehearing by the division, respondent's motion to exceed the page limit, and respondent's lodged petition for rehearing by the division, it is

ORDERED that respondent's motion for leave to exceed the page limit is granted and the Clerk shall file the lodged petition for rehearing by the division. It is

FURTHER ORDERED that respondent's petition for rehearing is denied. It is

FURTHER ORDERED that Bar Counsel's petition for rehearing is granted and the opinion issued by this division on October 8, 2015, is hereby vacated and the division shall issue a new opinion forthwith. *See* D.C. App. Internal Operating Procedure Part XI (I).


**PER CURIAM**


Copies to:

Andre P. Barber
1005 Crestline Drive
Dothan, AL 36301

Theodore D. Frank, Esquire
Chair, Board on Professional Responsibility
430 E Street, NW, Suite 138
Washington, DC 20001

Wallace E. Shipp, Jr., Esquire
Bar Counsel, Office of Bar Counsel
515 5th Street, NW, Suite 117
Washington, DC 20001

emb